**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANDREW L. WILLIAMS                                                        PLAINTIFF

v.                                        No. 5:14CV00430 JLH

UNITED STATES DEPARTMENT OF
THE NAVY; DEPARTMENT OF
VETERANS AFFAIRS; and DEPARTMENT
OF VETERANS CENTRAL ARKANSAS
HEALTH SERVICES                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion to dismiss filed by

the defendants is granted.  Document #19.  This action is hereby dismissed.

IT IS SO ORDERED this 3rd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE